IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-00758-WYD-MJW

CORY HYNES and
KYLER LIVINGSTON,

Plaintiffs,

v.

KIEL PETKOFF,
SHANE MUSGRAVE,
JOHN DOES 1-10, and
CITY OF STEAMBOAT SPRINGS, COLORADO;

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Defendants Shane Musgrave and City of Steamboat Springs' Motion to Deem Requests for Admission Admitted (docket no. 41) is DENIED. Responses to the subject written discovery outlined in the subject motion (docket no. 41) were provided to Defendants Shane Musgrave and City of Steamboat Springs by Plaintiffs on September 1, 2015, although late.  Plaintiffs' counsel had miscalculated the date in which such discovery responses were due, but I find no prejudice to Defendants Shane Musgrave and City of Steamboat Springs, noting that the discovery cut-off date is January 29, 2016, the dispositive motion deadline is February 29, 2016, and the final pretrial conference is set on May 2, 2016, at 9:00 a.m.  There is no trial date set at this time.  Each party shall pay their own attorney fees and costs for this motion.

Date: September 18, 2015