IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-00758-WYD-MJW

CORY HYNES and
KYLER LIVINGSTON,

Plaintiffs,

v.

KIEL PETKOFF,
SHANE MUSGRAVE,
JOHN DOES 1-10, and
CITY OF STEAMBOAT SPRINGS, COLORADO;

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      This matter comes before the court on the motion of defendant Kiel Petkoff to stay litigation in this case pursuant to the Servicemembers Civil Relief Act, 50 U.S.C. app. § 522, et seq.  Being fully advised, the court finds and orders as follows.

      It is hereby ORDERED that the Motion by Defendant Kiel Petkoff for Stay of Litigation Pursuant to the Servicemembers Civil Relief Act (Docket No. 43) is granted.  This case is stayed until further order of court as to defendant Kiel Petkoff only.

      It is further ORDERED that should defendant Kiel Petkoff's active duty orders change before January 17, 2019, he shall immediately file a status report with the court, informing it of such change and seeking appropriate modification of the stay.

Date: October 6, 2015