IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-00758-WYD-MJW

CORY HYNES and
KYLER LIVINGSTON,

Plaintiffs,

v.

KIEL PETKOFF,
SHANE MUSGRAVE,
JOHN DOES 1-10, and
CITY OF STEAMBOAT SPRINGS, COLORADO;

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Motion to Amend the Scheduling Order to Extend the Discovery Deadline (Docket No. 57) filed by Defendants Shane Musgrave and the City of Steamboat Springs is GRANTED for good cause shown.  The Scheduling Order (Docket No. 23) is amended to extend the discovery cutoff date to February 29, 2016 for the limited purpose of taking the depositions of Joel Rae, Deb Hinsvark, Jordan Edwards, and Nicole Longo.

Date: February 3, 2016