IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-00758-WYD-MJW

CORY HYNES and
KYLER LIVINGSTON,

Plaintiffs,

v.

KIEL PETKOFF,
SHANE MUSGRAVE,
JOHN DOES 1-10, and
CITY OF STEAMBOAT SPRINGS, COLORADO;

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

        This matter is before the Court on Plaintiffs' Motion to Order the Parties to Attend to [sic] an Alternative Dispute Resolution Proceeding (Docket No. 63).  On March 14. 2016, Defendants Musgrave and City of Steamboat Springs, Colorado filed a response that explains:

> Following the filing of Plaintiffs' Motion to Order the Parties to Attend an Alternative Dispute Resolution Proceeding, the parties agreed to attend a mediation conference with the Honorable Edward W. Nottingham (retired).

(Docket No. 70 at 1-2.)  Accordingly, it is hereby **ORDERED** that the Motion to Order the Parties to Attend to [sic] an Alternative Dispute Resolution Proceeding (Docket No. 63) is **DENIED as moot**.

Date: April 11, 2016