IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-00758-WYD-MJW

CORY HYNES and
KYLER LIVINGSTON,

Plaintiffs,

v.

KIEL PETKOFF,
SHANE MUSGRAVE,
JOHN DOES 1-10, and
CITY OF STEAMBOAT SPRINGS, COLORADO;

Defendants.

---

**MINUTE ORDER**

---

Entered by Magistrate Judge Michael J. Watanabe

     In light of the Notice of Settlement (Docket No. 84) it is hereby ORDERED that the Final Pretrial Conference set for May 2, 2016 at 9:00 a.m. is VACATED.  It is further ORDERED that the portion of Defendants' Motion for Protective Order (Docket No. 54) held in abeyance is DENIED as moot.  The parties shall submit their dismissal papers on or before May 31, 2016.

Date: April 29, 2016