IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-00758-WYD-MJW

CORY HYNES AND
KYLER LIVINGSTON,

    Plaintiffs,

v.

CITY OF STEAMBOAT SPRINGS, COLORADO,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    On April 29, 2016, the Defendants filed a Notice of Settlement (ECF No. 84) indicating that the parties have reached a resolution to all claims in this matter. Accordingly, the Motion for Summary Judgment (ECF No. 69) is **DENIED AS MOOT.**

    Dated:  May 2, 2016